IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

DENNIS MCCORMICK, )
)
Plaintiff, )
)
v. ) CV 308-084
)
FNU ALLIGOOD, Officer, and FNU )
BRACEWELL, Officer, )
)
Defendants. )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice, and this case is **CLOSED**.

SO ORDERED this 3rd day of February, 2009, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE